UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20053-TP-UNGARO

UNITED STATES OF AMERICA

v.

MAGDIEL MILLAR,

    Defendant.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon a Petition charging Defendant Millar with violating the terms of his supervised release. (D.E. 3.)

THE COURT has considered the petition and the pertinent portions of the record and is otherwise fully advised of the premises.

This matter was referred to Magistrate Judge Edwin G. Torres, who, on April 3, 2012, issued a Report recommending the Court accept Defendant's admissions as to count 2 of the petition. (D.E. 20.) The parties were afforded the opportunity to file objections to the Report; no objections were filed. Accordingly, upon *de novo* review of the record, it is

ORDERED AND ADJUDGED that the Report of the Magistrate Judge (D.E. 20) is RATIFIED, ADOPTED, and AFFIRMED:

1. The Court accepts Defendant's admissions as to count 2 of the petition.
2. A sentencing hearing will be set by separate order.
3. At the sentencing hearing, the Court will dismiss the remaining charges in accordance with the representations by the United States at the hearing before the Magistrate Judge that it is abandoning all remaining claims. DONE AND ORDERED in Chambers at Miami, Florida, this 12th day of April, 2012.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record